# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHAZ L. BROWN

NO. 2022 KW 0611

**AUGUST 29, 2022**

---

In Re:     Chaz L. Brown, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           605,914.

---

**BEFORE:     McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

     **WRIT DENIED ON THE SHOWING MADE.**   Relator failed to include
a copy of the application for postconviction relief, the State's
response, if any, the district court's ruling on the application
for postconviction relief, the bill of information, and the
transcript   of   relator's   guilty   plea   and   sentencing.
Supplementation of this writ application and/or an application
for rehearing will not be considered.   <u>See</u> Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.   In the event
relator elects to file a new application with this court, the
application   should   include   the   entire   contents   of   this
application, the missing items noted above, and a copy of this
ruling.

JMM
PMc
GH

COURT OF APPEAL, FIRST CIRCUIT


_____
DEPUTY CLERK OF COURT
     FOR THE COURT